# United States Court of Appeals
## For the First Circuit

No. 15-1547

MARITZA ORTIZ, individually and on behalf of A.B.O., a minor, P.H.O., a minor,

Plaintiffs, Appellants,

v.

NYDIA Z. JIMENEZ-SANCHEZ; HAYDEE RIVERA-BERMUDEZ;
SUSANNE LUGO-HERNANDEZ,

Defendants, Appellees,

GISELA CRESPO-RODRIGUEZ; YAMIRA SANTIAGO-ERAZO; JOHN DOE; JANE DOE,
fictitious names representing defendants whose identity is unknown at this time,

Defendants.

Before

Torruella, Lynch and Kayatta,
Circuit Judges.

**ORDER OF COURT**

Entered: October 19, 2015

On July 8, 2015, this court issued an order either requiring counsel to enter an appearance on behalf of A.B.O. and P.H.O. or directing pro se appellant Maritza Ortiz to show cause, in writing, why she should be allowed to litigate this action on behalf of her daughters. Ortiz timely responded. We defer final decision on whether Ortiz may represent her children until after briefing. Ordinarily, an attorney not admitted to the bar of this court may not represent anyone else pro se, see 28 U.S.C. § 1654 (allowing parties in federal court to "plead and conduct *their own cases* personally or by counsel") (italics added), and even after briefing, this court may limit its consideration to only Ortiz's appeal and not her children's. The clerk may now set a briefing schedule.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Maritza Ortiz
Janitza Garcia-Marrero
Margarita Mercado-Echegaray
Susana Penagaricano Brown