# United States Court of Appeals
## For the First Circuit

No. 15-1547

MARITZA ORTIZ, individually and on behalf of A.B.O., a minor, P.H.O., a minor

Plaintiffs - Appellants

v.

NYDIA Z. JIMENEZ-SANCHEZ; HAYDEE RIVERA-BERMUDEZ; SUSANNE LUGO-HERNANDEZ

Defendants - Appellees

GISELA CRESPO-RODRIGUEZ; YAMIRA SANTIAGO-ERAZO; JOHN DOE; JANE DOE, fictitious names representing defendants whose identify is unknown at this time

Defendants

**NOTICE**

Issued: January 29, 2016

    This is to advise you, pursuant to Fed. R. App. P. 34(b), that this case will be submitted on the briefs without oral argument.

    Margaret Carter, Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Laura Michalski, Calendar Clerk (617)748-9069

cc:
Janitza M. Garcia-Marrero
Margarita Luisa Mercado-Echegaray

Maritza Ortiz
Susana I. Penagaricano Brown